UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Danielle Long Crow, Elizabeth Hill, Wayne Long Crow, Lonnie High Rock, Walter Black Hoop, Shirley Groskruetz, Harold Groskruetz, and Kurt LaPointe,<br><br>Plaintiffs,<br><br>vs.<br><br>Officer Jeffrey L. Imming, Officer Ronald Stenerson, Officer David Menter, Officer Michael Kaneko, Officer Charles Greaves, Sergeant Robert Kroll, Lt. Richard K. Thomas, Officer Andrew Stender, Officer Victor Mills, Officer Billy Peterson, Officer Jason King, and Officer William Kenow, in their individual capacity,<br><br>Defendants. | Case No.: 03 CV 1182 DSD/SRN<br><br>STIPULATION OF DISMISSAL WITH PREJUDICE |

Officer Jeffrey Imming, Officer Ronald Stenerson, Officer David Menter, Officer Michael Kaneko, Officer Charles Greaves, Sergeant Robert Kroll, Lt. Richard Thomas, Officer Andrew Stender, Officer Victor Mills, Officer Billy Peterson, Officer Jason King, and Officer William Kenow (hereinafter the "City Defendants") and Plaintiffs Danielle Long Crow, Elizabeth Hill, Wayne Long Crow, Lonnie High Rock, Walter Black Hoop, Shirley Groskruetz, Harold Groskruetz, and Kurt LaPointe, acting by and through their undersigned attorneys of record, hereby stipulate that the Court may dismiss Plaintiff's Complaint against the Defendants with prejudice and without costs to either party.

Dated: 4/9/04

_[signature]_

DAVID L. SHULMAN
Shulman & Dornbos
Attorney Reg. No.
1005 West Franklin Avenue
Suite 3
Minneapolis, MN 55405
(612) 870-7410

Attorneys for Plaintiff

Dated: 4/9/04

_[signature] James A. Moore_

JAY M. HEFFERN
Minneapolis City Attorney
By
JAMES A. MOORE (16883X)
Assistant City Attorney
333 South 7th Street, Suite 300
Minneapolis, MN 55402-2453
(612) 673-2063

Attorneys for Defendants

## ORDER

The above-captioned matter having come on before the Court on the foregoing Stipulation, and the Court having considered the parties' Settlement Agreement pursuant to Minn. Stat. § 466.08, the Court hereby approves the settlement of the case and Orders the case dismissed with prejudice and without costs to any party.

LET JUDGMENT BE ENTERED
ACCORDINGLY

Dated: 4/12/04

_[signature]_

David S. Doty
Judge of District Court